MICHAEL A DESJARDINS (SBN 145970)
THE LAW OFFICE OF MICHAEL DESJARDINS, INC.
md@desjardinslaw.com
210 West Birch Street, Suite 202
Brea, CA 92821
Telephone:  (714) 265-2100
Facsimile:    (71) 494-8215

Attorneys for Defendants
WALL STREET PHYSICIAN, PLLC
CATHY CARRON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, a California corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>WALL STREET PHYSICIAN, PLLC, a New York professional service limited liability company, CATHY CARRON, an individual, and DOES 1 through 10, inclusive<br><br>           Defendants. | Case No. 8:22-cv-00009-KES<br><br>**WALL STREET PHYSICIAN, PLLC AND CATHY CARRON'S ANSWER TO COMPLAINT**<br><br>[Fed. R. Civ. P. 8]<br><br>Judge:  Hon. Karen E Scott |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants WALL STREET PHYSICIAN, PLLC and CATHY CARRON admit the allegations of paragraphs 1 through 28 of the complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

(Impossibility)

As and for the first affirmative defense, defendants WALL STREET PHYSICIAN, PLLC and CATHY CARRON believe and hereby allege that, due to the advent of the COVID-19 global pandemic, and the related lockdowns associated therewith, the performance of the ongoing terms of the above referenced contract were rendered an impossibility.

### SECOND AFFIRMATIVE DEFENSE

(Frustration of Purpose)

As and for the second affirmative defense, defendants WALL STREET PHYSICIAN, PLLC and CATHY CARRON believe and hereby allege that, due to the advent of the COVID-19 global pandemic, and the related lockdowns associated therewith, the purpose of the contract (which was for the provision of a revenue generating piece of medical equipment) was frustrated to the extent that

//
//
//
//
//
//
//

-2-

the ongoing performance of the terms of the contract cannot be enforced under California law.

Dated: February 28, 2022

THE LAW OFFICE OF MICHAEL DESJARDINS, INC.
MICHAEL DESJARDINS

/s/ Michael DesJardins

By:   Michael DesJardins
Attorneys for Defendants
WALL STREET PHYSICIAN, PLLC AND CATHY CARRON