UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>WALL STREET PHYSICIAN, PLLC, a New York professional service limited liability company; CATHY CARRON, an individual; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.: 8:22-CV-00009-JVS-DFM<br><br>[Honorable James V. Selna Dept. 10C]<br><br>**JUDGMENT** |

# JUDGMENT

On March 2, 2023, this Court granted Balboa Capital Corporation's ("Balboa") Motion for Summary Judgment against defendants Wall Street Physician, PLLC ("Wall Street Physician") and Cathy Carron ("Carron") (collectively, "Defendants") on Balboa's first cause of action for Breach of Contract against Wall Street Physician, and its third cause of action for Breach of Written Guaranty against Carron.  [Dkt. 21.]  As to Balboa's second cause of action for Recovery of Possession of Personal Property, this Court denied Balboa's motion, ruling that it is not an independent cause of action; however, this Court further ruled that Balboa is entitled to take immediate possession of the subject equipment under the terms of the subjection Equipment Finance Agreement and apply the net proceeds from the sale to the remaining loan balance under the breach of contract claim.  [*Id*.]  Balboa and Defendants thereafter filed a joint Stipulation and Proposed Order for Dismissal Without Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii) for Plaintiff's Second Cause of Action for Recovery of Personal Property.  [Dkt. 22]

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against defendants Wall Street Physician and Carron, jointly and severally, in the principal amount of **$115,386.10**, and such other costs and attorneys' fees, pursuant to post-judgment motion practice;

2. Balboa is entitled to take immediate possession of the equipment under the terms of the EFA and apply the net proceeds from the sale of the equipment to the remaining balance on its breach of contract claims;

3. Balboa may make future noticed motion(s) to amend this judgment to include reasonable attorneys' fees and costs arising from this action; and

//

//

4. The Clerk is ordered to enter this Judgment forthwith.

**IT IS SO ORDERED.**

DATED: May 05, 2023

_____
The Honorable James V. Selna
U.S. DISTRICT JUDGE

2

JUDGMENT
CASE NO.: 8:22-CV-00009-JVS-DFM

# PROOF OF SERVICE
## USDC Case No. 8:22-CV-00009-JVS-DFM

STATE OF CALIFORNIA    )
                       )  ss.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 South Hope Street, Suite 750, Los Angeles, California 90071.

On April 11, 2023, I caused the foregoing document(s) described as: **[PROPOSED] JUDGMENT** to be served on the interested parties in this action as follows:

| | |
|---|---|
| Michael A. DesJardins<br>The Law Office of Michael DesJardins, Inc.<br>md@desjardinslaw.com<br>210 West Birch Street, Suite 202<br>Brea, CA 92821<br>Tel: (714) 265-2100 | *Attorneys for Defendants*<br>Wall Street Physician and Cathy Carron |

__X__   **VIA ELECTRONIC TRANSMISSION**

Based on a Court rule or order, and/or agreement to accept service by electronic transmission, I caused the document to be sent to the email address of the person(s) indicated on the service list, which I am informed and believe is the current email address for such person(s), by electronic service with a Court-authorized electronic filing service provider.

__X__   **FEDERAL**

I declare under penalty of perjury under the laws of the United States of America that the on the service list is true and correct. Executed on April 11, 2023, at Los Angeles, California.

_____
Amber Lopez