# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, a California corporation,<br><br>            Plaintiff,<br><br>       vs.<br><br>WALL STREET PHYSICIAN, PLLC, a New York professional service limited liability company; CATHY CARRON, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: 8:22-CV-00009-JVS(DFMx)<br><br>[Honorable James V. Selna Dept. 10C]<br><br>**AMENDED JUDGMENT *NUNC PRO TUNC [32]*** |

## AMENDED JUDGMENT

On March 2, 2023, this Court granted Balboa Capital Corporation's ("Balboa") Motion for Summary Judgment against defendants Wall Street Physician, PLLC ("Wall Street Physician") and Cathy Carron ("Carron") (collectively, "Defendants") on Balboa's first cause of action for Breach of Contract against Wall Street Physician, and its third cause of action for Breach of Written Guaranty against Carron. [Dkt. 21.] As to Balboa's second cause of action for Recovery of Possession of Personal Property, this Court denied Balboa's motion, ruling that it is not an independent cause of action; however, this Court further ruled that Balboa is entitled to take immediate possession of the subject equipment under the terms of the subjection Equipment Finance Agreement and apply the net proceeds from the sale to the remaining loan balance under the breach of contract claim. [*Id*.] Balboa and Defendants thereafter filed a joint Stipulation and Proposed Order for Dismissal Without Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii) for Plaintiff's Second Cause of Action for Recovery of Personal Property. [Dkt. 22]

On May 5, 2023, this Court entered judgment in favor of Balboa and against Defendants. [Dkt. 23] On June 21, 2023, this Court granted Balboa's Application to Tax Costs in the amount of $600.00. [Dkt. 28] On June 22, 2023, this Court granted Balboa's Motion for Attorneys' Fees in the amount of $42,398.00. [Dkt. 29] Pursuant to Balboa's Motion for Summary Judgment papers, and the Computation of Interest contained therein, prejudgment interest computed on the principal sum of $170,899.99, at a rate of ten percent (10%) per annum, from July 21, 2020 (the date of breach), to May 5, 2023 (the date of entry of judgment), has accrued at a rate of $46.82 per day, for a total of $47,662.76. [Dkt. 17-2, ¶12.]

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.  Judgment be entered in this matter, in favor of Balboa, and against defendants Wall Street Physician and Carron, jointly and severally, in the principal

amount of $115,386.10, and such other costs and attorneys' fees, pursuant to subsequent motion practice;

    2.    Balboa is entitled to take immediate possession of the equipment under the terms of the EFA and apply the net proceeds from the sale of the equipment to the remaining balance on its breach of contract claims;

    3.    Pursuant to Balboa's Motion for Attorneys' Fees, Balboa is entitled to attorneys' fees in the amount of $42,398.00;

    4.    Pursuant to Balboa's Application to Tax Costs, Balboa is entitled to $600.00 in costs;

    5.    Pursuant to Balboa's Motion for Summary Judgment, and Computation of Interest contained therein, Balboa is entitled to $47,662.76 in prejudgment interest;

    6.    Based on the foregoing, the judgment shall be amended in this matter *nunc pro tunc*, in favor of Balboa, and against defendants Wall Street Physician and Carron, jointly and severally, in the total amount of **$206,046.86** with an effective date of May 5, 2023.

    7.    The Clerk is ordered to enter this Judgment forthwith.

**IT IS SO ORDERED.**

DATED: July 18, 2023

                                            The Honorable James V. Selna
                                            JUDGE OF THE DISTRICT COURT

# PROOF OF SERVICE
## USDC Case No. 8:22-CV-00009-JVS-DFM

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

   I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 South Hope Street, Suite 750, Los Angeles, California 90071.

   On July 13, 2023, I caused the foregoing document(s) described as: **[PROPOSED] AMENDED JUDGMENT** *NUNC PRO TUNC* to be served on the interested parties in this action as follows:

| | |
|---|---|
| Michael A. DesJardins<br>The Law Office of Michael DesJardins, Inc.<br>md@desjardinslaw.com<br>210 West Birch Street, Suite 202<br>Brea, CA 92821<br>Tel: (714) 265-2100 | *Attorneys for Defendants*<br>Wall Street Physician and Cathy Carron |

 __X__   **VIA ELECTRONIC TRANSMISSION**
   Based on a Court rule or order, and/or agreement to accept service by electronic transmission, I caused the document to be sent to the email address of the person(s) indicated on the service list, which I am informed and believe is the current email address for such person(s), by electronic service with a Court-authorized electronic filing service provider.

 __X__   **FEDERAL**
   I declare under penalty of perjury under the laws of the United States of America that the on the service list is true and correct. Executed on July 13, 2023, at Los Angeles, California.

                                                                _Eduardo J._
                                                                Eduardo Jimenez